```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHSAAN BUTLER,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

22 Civ. 1997 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated September 30 and October 7, 2022. ECF Nos. 18, 20. Accordingly:

1. Defendant's request for leave to file a motion to dismiss is GRANTED;

2. By **November 15, 2022**, Defendant shall file its motion;

3. By **December 6, 2022**, Plaintiff shall file his opposition; and

4. By **December 20, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: October 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge