

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 11, 2023

**By ECF**
The Honorable Aaron D. Stewart
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Rahsaan Butler v. United States of America*, No. 22 Civ. 1997 (AT)

Dear Judge Aaron:

    This Office represents the United States of America (the "Government") in the above-referenced action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671 *et seq*. We write jointly with Plaintiff Rahsaan Butler ("Plaintiff") to request a three-week adjournment of the settlement conference currently scheduled for September 22, 2023. ECF No. 43.

    The reason for this request is that the Government is still in the process of discussing a potential settlement and obtaining the requisite approvals from the Federal Bureau of Prisons and the Department of Justice. Plaintiff consents to the Government's request. This is the Government's first request for adjournment of the settlement conference. The parties are available on October 13, October 16, October 19, October 20, or a subsequent date that is convenient for the Court. The Government also respectfully requests that the deadline to submit ex parte pre-conference submissions be rescheduled to one week prior to the new settlement conference date selected by the Court.

    We thank the Court for its consideration of this letter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ *Rebecca L. Salk*
    REBECCA L. SALK
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2614
    Email: Rebecca.Salk@usdoj.gov

cc: Jaehyun Oh, Esq.
   The Jacob D. Fuchsberg Law Firm, LLP
   3 Park Avenue, 37th Floor
   New York, New York 10016
   j.oh@fuchsberg.com
   *Attorney for Plaintiff*
   (By ECF)

Application GRANTED. The settlement conference scheduled for September 22, 2023 is adjourned until Monday, October 23, 2023, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for the parties shall participate in person and Plaintiff shall participate via telephone. Counsel shall make arrangement for Plaintiff's participation using the dial-in information the Court previously provided via email. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. SO ORDERED.

Dated: September 11, 2023